# In The United States Court of Federal Claims

No.  09-865C

(Filed:   May 20, 2010)
_____

LAKESHORE ENGINEERING SERVICES, INC.,

        Plaintiff,

    v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic joint preliminary status conference will be held in this case on Tuesday, June 1, 2010, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge