# In The United States Court of Federal Claims

No. 09-865C

(Filed: June 2, 2010)

_____

LAKESHORE ENGINEERING SERVICES, INC.,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

On June 1, 2010, a telephonic preliminary status conference was held in this case. Participating in the conference were Philip B. Abernethy, for plaintiff, and David M. Hibey, for defendant. Based on discussions during the conference, it was agreed that:

1. On or before June 25, 2010, the parties shall exchange initial disclosures pursuant to RCFC 26(1)(a);

2. On or before December 3, 2010, fact discovery shall be completed;

3. On or before January 21, 2011, the parties shall exchange expert reports;

4. On or before February 28, 2011, expert discovery shall be completed;

5. On or before March 14, 2011, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial, and

6. In the event that no expert discovery is required, a joint status report shall be filed on or before December 17, 2010.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge