# In The United States Court of Federal Claims

No. 09-865C

(Filed: November 23, 2010)

_____

LAKESHORE ENGINEERING SERVICES, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On November 23, 2010, the parties filed a joint motion to enlarge the discovery period. The joint motion is hereby **GRANTED**. Accordingly:

1. On or before March 3, 2010, fact discovery shall be completed;

2. On or before March 21, 2011, the parties shall exchange expert reports;

3. On or before May 27, 2011, expert discovery shall be completed; and

4. On or before June 14, 2011, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge