# In The United States Court of Federal Claims

No. 09-865C

(Filed: February 7, 2011)

_____

LAKESHORE ENGINEERING SERVICES, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On February 3, 2011, the parties filed a joint motion to enlarge the fact discovery period. The motion is hereby **GRANTED**. Accordingly:

1. On or before April 18, 2011, fact discovery shall be completed;

2. On or before May 5, 2011, the parties shall exchange expert reports;

3. On or before July 11, 2011, expert discovery shall be completed; and

4. On or before July 29, 2011, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**No further enlargements of these deadlines shall be granted.**

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra  
                                        Francis M. Allegra  
                                        Judge