# In The United States Court of Federal Claims

No. 07-680C

(Filed: April 8, 2011)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      Trial in this case was held on April 4, 2011, through April 7, 2011. During the trial, the court stated that it would take defendant's objection to Mr. DeClark's testimony into consideration. To facilitate that consideration, on or before April 15, 2011, plaintiff shall file a copy of Mr. DeClark's deposition testimony.

    **IT IS SO ORDERED.**

                                              s/Francis M. Allegra  
                                              Francis M. Allegra  
                                              Judge