# In The United States Court of Federal Claims

No. 09-865C

(Filed: October 31, 2011)

_____

LAKESHORE ENGINEERING SERVICES,
INC.,

               Plaintiff,

v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On October 28, 2011, the parties filed a joint status report indicating their intention to file cross-motions for summary judgment, along with a proposed filing schedule for these dispositive motions. Upon review of the parties' joint status report, the court hereby **ORDERS**:

1. On or before December 16, 2011, plaintiff shall file a motion for summary judgment;

2. On or before January 13, 2012, defendant shall file its cross-motion for summary judgment and its response to plaintiff's motion for summary judgment;

3. On or before February 10, 2012, plaintiff shall file its response to defendant's cross-motion and its reply to its motion; and

4. On or before February 24, 2012, defendant shall file its reply to its cross-motion.

**IT IS SO ORDERED.**

                                       s/ Francis M. Allegra
                                       Francis M. Allegra
                                       Judge