# In The United States Court of Federal Claims

No. 09-865C

(Filed: August 16, 2012)

_____

LAKESHORE ENGINEERING SERVICES,
INC.,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic oral argument on the parties' cross motion for summary judgment will be held in this case on Wednesday, September 19, 2012, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled oral argument time.

    **IT IS SO ORDERED.**

                                     s/ Francis M. Allegra
                                     Francis M. Allegra
                                     Judge