# In The United States Court of Federal Claims

No. 09-865C

(Filed: September 19, 2012)

_____

LAKESHORE ENGINEERING SERVICES,
INC.,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      Oral argument was held in this case today.  At the conclusion of the argument, it was unfortunately discovered that, due to operational errors, the court digital recording system used during the oral argument did not record the argument.  To provide some record of what was discussed at the oral argument, the parties may file a brief recitation of points that were raised in the oral argument held in this case (and not already discussed in the briefs).  Should the parties choose to file such a brief recitation, they shall be filed on or before October 5, 2012.  The court apologizes for this inconvenience.

    **IT IS SO ORDERED.**

                                                         s/ Francis M. Allegra
                                                         Francis M. Allegra
                                                         Judge