# In The United States Court of Federal Claims

No. 09-865C

(Filed: September 19, 2012)

_____

LAKESHORE ENGINEERING SERVICES,
INC.,

               Plaintiff,

      v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

As agreed upon at oral argument today, on or before October 1, 2012, defendant shall file a complete copy of the contract in question, including all appendices, in electronic format.

    **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge