# In The United States Court of Federal Claims

No. 09-865C

(Filed: October 1, 2012)

_____

LAKESHORE ENGINEERING SERVICES,
INC.,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      Today, October 1, 2012, defendant filed a consent motion for an enlargement of time to file a complete copy of the contract in question. That motion is hereby **GRANTED**. Accordingly,

      1.      On or before October 11, 2012, defendant shall file a complete copy of the contract in question, including all appendices, in electronic format; and

      2.      On or before October 15, 2012, the parties may file a brief recitation of points that were raised at the oral arguments (not already discussed in the briefs).

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge